UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE DE ANGELIS, | : |
| Plaintiff, | : Case No. 2:17-cv-0924 |
| v. | : Chief Judge Algenon L. Marbley |
| NATIONAL ENTERTAINMENT GROUP, LLC, | : Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : |

### ORDER

This matter is before the Court on the parties' Joint Motion to Dismiss (ECF No. 83). The Motion is **GRANTED** for the reasons stated therein. Accordingly:

1. The claims of Plaintiff De Angelis are **DISMISSED** with prejudice pursuant to the negotiated settlement.

2. The claims of the members of the conditionally certified collective action, listed at ECF Nos. 67 and 72, are **DISMISSED** without prejudice so they may be arbitrated if the member chooses.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
CHIEF UNITED STATES DISTRICT JUDGE

DATED: April 25, 2022