**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **STEPHANIE DE ANGELIS,** | : | |
| Plaintiff, | : | Case No. 2:17-cv-0924 |
| v. | : | Chief Judge Algenon L. Marbley |
| **NATIONAL ENTERTAINMENT GROUP LLC,** | : | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the April 25, 2022 Order, the Court **GRANTED** the Joint Motion to Dismiss. Plaintiff's claims are **DISMISSED with prejudice** pursuant to the negotiated settlement. Claims of the members of the conditionally certified collective action are **DISMISSED without prejudice**.

**Date:  April 25, 2022**           **Richard W. Nagel, Clerk**

                                        s/Diane Stash
                                Diane Stash/Deputy Clerk